■ GRACE E. VAN ALSTINE, Respondent, v. RICHARD FREDERICK VAN ALSTINE, Appellant, et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. EDWARD P. BURNS, and/or EDWARD P. BURNS, President and/or Director and/or Stockholder of E. P. Burn, Inc., Respondent.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of the Destruction of Motion Papers Filed in the Office of the Clerk of the Appellate Division, Fourth Department, for More Than Twenty-Five Years.— Order entered authorizing destruction.

■ In the Matter of JOHN DE AUGUSTINE, as Clerk of Traffic Court and Traffic Violations Bureau of the City of Syracuse.— Order entered authorizing destruction of papers.

■ EDNA FOSS, Appellant, v. JOHN F. FOSS, Respondent.— Motion granted and appeal dismissed, without costs.

■ SAMUEL SPIELMAN, Appellant, v. THEODORE VANDERWERF, Respondent. — Motion granted and appeal dismissed, without costs.

■ STEPHEN MICHIOK, Plaintiff, v. HERBERT ROTKER et al., Defendants.— Stay continued pending hearing and determination of appeal, on condition that appellant file record and briefs by March 28, 1960 and argue appeal at May 1960 Term. Respondent's brief must be filed on or before April 14, 1960. (See rule VIII of the rules of this court.)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD KELLY, Appellant, v. WALTER H. WILKINS, Respondent.— Motion for leave to reargue and renew motion to prosecute appeal as a poor person denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LA PLACA, Appellant.— Motion for examination of certain Grand Jury minutes denied. Memorandum: Insofar as defendant seeks access to these papers for the purpose of incorporating them in the papers on appeal, the application should be made to the trial court.